THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF MIDDLETOWN, Respondent, *v.* HULETT C. McBRIDE et al., as Assessors of the Town of Wawayanda, et al., Appellants.

(Argued October 5, 1936; decided October 20, 1936.)

*Joseph A. McCabe* and *Henry Kohl* for appellants.

*J. Allan Ballman* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.